■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCINE T. HARDY, Appellant. [852 NYS2d 853]—

Defendant pleaded guilty to criminal sale of a controlled substance in the third degree and was sentenced in accordance with the plea agreement as a second felony offender to 3½ years in prison and three years of postrelease supervision. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent guilty plea. Therefore, the judgment is affirmed and counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Carpinello, Lahtinen, Malone Jr. and Kavanagh, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.